IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

JAPONICA PENNAMON,                               Civil Action File No.

      Plaintiff,

v.

WAL-MART STORES EAST, LP,
AND JOHN DOE #1-2,

      Defendants.
_____/

## NOTICE OF REMOVAL

COMES NOW Wal-Mart Stores East, LP, named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant Wal-Mart Stores East, LP in the State Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 21SC-0846-A. Plaintiff's claim against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about May 28, 2021. Defendant Wal-Mart Stores East, LP received service of summons and copies of the Complaint on June 9, 2021. Wal-Mart Stores East, LP files this Notice of Removal within thirty (30) days of service of the Complaint .

3.

After filing Defendant's answer on June 15, 2021, Defense counsel obtained Plaintiff's six (6) page, detailed demand letter, dated December 7, 2020, setting out past medical expenses of $17,214.70; a surgical estimate of $74,161.78, and a $375,000.00 settlement demand (Exh. "A" and "B") Defendant also files this Notice of Removal within thirty (30) days after the receipt of Plaintiff's demand letter and surgical estimate from which it was first ascertained that the case became removable. 28 USC § 1446.

4.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc. Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business in the

State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

5.

Plaintiff Japonica Pennamon is a citizen of the State of Georgia.

6.

The citizenship of the fictitious John Dos 1-5 is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

7.

Complete diversity of citizenship exists between Plaintiff and Defendant.

8.

In her demand letter, Plaintiff claims injuries to the medial meniscus in her left knee, requiring surgical repair, with past medical expenses of $17,214.70; a surgical estimate of $$74,161.78, and a $375,000.00 settlement demand (Exhibits "A" and "B"), thereby meeting the jurisdictional requirement for federal subject matter jurisdiction. 28 U.S.C. § 1446(b). The six (6) page demand letter provided almost two (2) pages of detailed description of Plaintiff's injury and treatment. She itemized her incurred medical expenses of $17,214.70, and indicated those expenses were continuing. Plaintiff also included a surgical estimate to repair the

torn left medial meniscus for an additional medical and surgical expense of $74,161.78. (Exh. "B") The demand for settlement was $375,000.00. Demand letters are "other paper," which will show that the value of a lawsuit meets the jurisdictional threshold for removal, pursuant to 28 U.S.C. § 1446(b). See, <u>Barlow v. Variety Wholesalers</u>, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014) <u>Peterman v. Wal-Mart Stores</u>, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013) <u>Farley v. Variety Wholesalers</u>, Civil Action No. 5:13-cv-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013) <u>Southern Ins. Co. of Virginia v. Karrer</u>, Civil Action No. 3:10-CV-84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011)   The amount in controversy, exclusive of interest and costs, exceeds $75,000.

9.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

10.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "C" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

11.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

12.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

13.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant Wal-Mart Stores East, LP prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

McLAIN & MERRITT, P.C.

/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia State Bar No. 447088


/s/ Jennie Rogers
Jennie Rogers
Georgia Bar No. 612725
Attorney for Defendant
WAL-MART STORES EAST, LP

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                          /s/ Jennie E. Rogers
                                          Jennie E. Rogers

## **CERTIFICATE OF SERVICE**

This is to certify that on July 7, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Jennie E. Rogers<br>
Jennie E. Rogers<br>
Georgia State Bar No. 612725<br>
Attorney for Defendant<br>
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
jrogers@mmatllaw.com