# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| JAPONICA PENNAMON, | Civil Action File No. |
| Plaintiff, | 2:21-cv-00150-RWS |
| v. | |
| WAL-MART STORES EAST, LP, AND JOHN DOE #1-2, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Comes now Defendant, and notifies the Court that this case has settled. The parties will present to the Court a Consent Order for Dismissal With Prejudice shortly.

This the 6th day of October, 2022.

McLAIN & MERRITT, P.C.

_____
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on October 6, 2022, I electronically filed a **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                                McLAIN & MERRITT, P.C.

                                                Jennie E. Rogers
                                                Georgia Bar No. 612725
                                                Attorney for Defendant
                                                WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com